**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-24871-LEIBOWITZ**

**RAYON PAYNE**,

     *Plaintiff,*

v.

**REBECCA ROQUE,** *et al.,*

     *Defendants.*

_____/

## ORDER STRIKING EMERGENCY MOTION

**THIS CAUSE** is before the Court on Plaintiff Rayon Payne's *pro se* Emergency Motion for a Temporary Injunction (the "Emergency Motion"). [ECF No. 4]. Pursuant to Local Rule 7.1(d)(1), a party filing an emergency motion must certify that the motion "in fact presents a true emergency" and "requires an immediate ruling because the Court would not be able to provide meaningful relief . . . after the expiration of seven days." S.D. Fla. L.R. 7.1(d)(1). Plaintiff, however, does not certify in the Emergency Motion that the matter is a true emergency and has therefore failed to comply with Local Rule 7.1(d). Notwithstanding Plaintiff's failure to file a 7.1(d)(1) certification, the Court finds it unlikely Plaintiff's Emergency Motion, which seeks production of Plaintiff's immigration record, would qualify as a "true emergency" under the Local Rules.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Emergency Motion [**ECF No. 4**] is **STRICKEN**.

**DONE AND ORDERED** in the Southern District of Florida on July 20, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    Rayon Payne, *Pro Se*
A# 041189506
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101