**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-24871-LEIBOWITZ**

**RAYON PAYNE**,

     *Plaintiff,*

*v.*

**REBECCA ROQUE, *et al.*,**

     *Defendants.*

_____/

**ORDER DENYING MOTION FOR LEAVE TO PROCEED**
***IN FORMA PAUPERIS* WITHOUT PREJUDICE**

**THIS CAUSE** is before this Court upon *pro se* Plaintiff Rayon Payne's ("Plaintiff")

Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Motion"). [ECF

No. 3]. Plaintiff seeks to proceed in this action without prepaying costs or fees. Prisoners "seeking

to bring a civil action . . . without prepayment of fees or security therefor(e)" are responsible for filing

an affidavit of indigency and "a certified copy of the trust fund account statement (or institutional

equivalent) . . . for the 6-month period immediately preceding the filing of the complaint . . . from the

appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a).

Here, Plaintiff's IFP Motion was not accompanied by a six-month inmate account statement.

The six-month account statement is needed because under section 1915(b), if a prisoner brings a civil

action *in forma pauperis* ("IFP")*,* the prisoner must pay the full filing fee, which will be assessed in partial

payments by this Court. This Court cannot make the determination required by section 1915(a) as to

a payment schedule without the six-month account statement.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [ECF

    No. 3] is **DENIED WITHOUT PREJUDICE**.

2. **On or before August 18, 2026**, Plaintiff shall either pay the $405.00 filing fee or renew his IFP motion and attach a certified copy of his prison/jail account statement from each facility at which he was confined for the six-month period immediately preceding the filing of the Complaint.

3. The Clerk of Court is **DIRECTED** to mail Plaintiff the short-form IFP motion form.

4. Failure to timely pay the filing fee or renew the IFP motion will result in dismissal of this case for failure to prosecute and failure to comply with Court orders.

**DONE AND ORDERED** in the Southern District of Florida on July 21, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:    Rayon Payne, *Pro Se*
       A# 041189506
       Miami FDC
       Federal Detention Center
       Inmate Mail/Parcels
       Post Office Box 019120
       Miami, FL 33101

2