# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA



**RAYON PAYNE,**
*Plaintiff,*

v.

**CASE NO. 1:26-cv-24871-LEIBOWITZ**

**REBECCA ROQUE, et al.,**
*Defendants.*

---

## PLAINTIFF'S EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Rayon Payne, acting *pro se*, respectfully moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Southern District of Florida Local Rule 7.1(d)(2) for an expedited preliminary injunction. Plaintiff requests that this Court enjoin the Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE) from enforcing or executing the removal order entered against him on July 16, 2026, until Defendants produce his complete, unredacted official immigration record ("A-File"). In support, Plaintiff states:

## LEGAL STANDARD

To obtain a temporary or preliminary injunction in the Eleventh Circuit, the moving party must establish four elements:

1. A substantial likelihood of success on the merits;

1

2. That irreparable injury will be suffered if the injunction is denied;

3. That the threatened injury outweighs the harm the injunction would cause the opposing party; and

4. That the injunction would not be adverse to the public interest. *See Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000).

## NEW DEVELOPMENTS & EXPEDITED NEED

5. On July 16, 2026, the Krome Immigration Court officially entered an order of removal against Plaintiff.

6. This removal order was served without the foundational exhibits it explicitly relies upon, and while Defendants Kenneth Adebonojo and Johnny Walker actively withhold Plaintiff's matching records in an active Freedom of Information Act (FOIA) appeal before the D.C. Circuit Court of Appeals.

7. This motion is intentionally brought as an **Expedited Motion** pursuant to Local Rule 7.1(d)(2), rather than an emergency motion, to comply with this Court's July 20, 2026 Order [ECF No. 5].

8. Expedited consideration is strictly necessary because the 30-day statutory clock to appeal the removal order to the Board of Immigration Appeals (BIA) is running. Plaintiff cannot intelligently articulate his administrative appeal blindfolded without access to his true file, threatening a total and irreversible breakdown of his procedural due process rights.

## ARGUMENT FOR INJUNCTIVE RELIEF

9. **Likelihood of Success:** Forcing a detained permanent resident of 40 years to fight a deportation order while cross-jurisdictional federal agencies coordinate to hide his unredacted administrative files is a severe violation of Fifth Amendment Due Process. Plaintiff's claims of an inter-agency conspiracy under 42 U.S.C. § 1985(3) carry a high probability of success given the documented timeline.

10. **Irreparable Harm:** If ICE enforces the July 16 removal order and deports Plaintiff before he receives his A-File, his right to a fair appellate process is permanently destroyed, and this Court will be stripped of its ability to provide any meaningful constitutional relief.

11. **Balance of Hardships & Public Interest:** Pausing the execution of a removal order until the government complies with basic evidentiary transparency causes no harm to the Defendants. It firmly serves the public interest by upholding the integrity of the federal judicial system.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rayon Payne respectfully requests that this Court grant this Motion and enter an Order:

A. **EXPEDITING** the consideration and ruling of this motion pursuant to Local Rule 7.1(d)(2);

B. **ENJOINING** the Department of Homeland Security, ICE, and their agents from enforcing, executing, or carrying out the July 16, 2026 immigration removal order against Plaintiff until this civil rights action is resolved on its merits;

C. **ENJOINING** Defendants from transferring Plaintiff out of the physical jurisdiction of

the Southern District of Florida while this action is pending; and

D. **ORDERING** the Defendants to immediately produce a complete, unredacted copy of

Plaintiff's administrative A-File.

Dated: July 24, 2026

Respectfully submitted,

**Rayon Payne, Pro Se**
A# 041-189-506
*Khrome Detention Center*
18201 SW 12th, Miami, FL 33194

4



REC'D BY_____D.C.

AUG 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. • MIAMI

US· District Court
400 N. Miami Ave
miami, FL 33128-1801

F- Boutre
333 wyona @ #2
Bkly NY 11207

A- Butler
233 Wyona St #2
BK, NY 11207



US. District Court
400 N. Miami Ave
miami, FL 33128-1801

REC'D BY_____D.C.

AUG 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI